**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**TRACY L. DEWITT**
**SHAIN, SCHAFFER & RAFANELLO, P.C.**
**Suite 105, 150 Morristown Rd.**
**Bernardsville, NJ  07924**
**(908) 953-9300**
**Attorneys for Defendant, Citibank, N.A. as**
**Trustee Structured Asset Mortgage Investments,**
**II Inc. Bear Sterns ALT-A Trust, Mortgage**
**Pass-Through Certificates Series 2006-4**

| | |
|---|---|
| In Re: | Chapter 13 |
| Arnulfo Trujillo | Case No: 09-27765 |
| | Adv. Case No: 10-01740(NLW) |
| Arnulfo Trujillo, | |
| Plaintiff, | |
| v. | |
| Citibank, N.A. as Trustee Structured Asset Mortgage Investments, II Inc. Bear Sterns ALT-A Trust, Mortgage Pass-Through Certificates Series 2006-4, | |
| Defendant. | |

**FED R. CIV P. 7.1 DISCLOSURE STATEMENT**

I, Tracy L. DeWitt, Esq., hereby certify as follows:

1. I am an attorney-at-law admitted to the State of New Jersey and an associate with the law firm of Shain, Schaffer & Rafanello, P.C., attorneys for Defendant, Citibank, N.A. as Trustee Structured Asset Mortgage Investments, II Inc. Bear Sterns ALT-A Trust, Mortgage Pass-Through Certificates Series 2006-4 ("Citibank") in the captioned matter.  I submit this affirmation as

Citibank's corporate disclosure statement pursuant to Fed. R. Civ. P. 7.1.

    2.    Citibank, N.A. is not a publicly traded company. It is a wholly owned subsidiary of Citigroup, Inc., which is publicly traded on the New York Stock Exchange.

Dated: Bernardsville, New Jersey
       August 10, 2010

SHAIN, SCHAFFER & RAFANELLO, P.C.
Attorneys for Defendant, Citibank, N.A. as Trustee Structured Asset Mortgage Investments, II Inc. Bear Sterns ALT-A Trust, Mortgage Pass-Through Certificates Series 2006-4


/s/ Tracy L. DeWitt
Tracy DeWitt, Esq.